IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. LOWRY and FOUNTAINHEAD RETIREMENT PLAN SERVICES, INC. d/b/a 401(k) UNIVERSITY,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 00-348 (MJD/JGL) |

## ORDER AUTHORIZING RELEASE OF LIMITED ASSETS TO CHRISTOPHER A. LOWRY

Contemporaneously with the entry of this Order, the Court has entered an Order of Preliminary Injunction Against Defendant Christopher A. Lowry ("Lowry") to which he consented. Plaintiff Securities and Exchange Commission ("SEC"), Defendant Fountainhead Retirement Services, Inc., d/b/a 401(k) University ("401(k) University") and Lowry also have submitted this agreed order regarding the release of limited assets. The Court being fully advised in the premises:

I.

**IT IS HEREBY ORDERED** that Defendant Lowry shall be allowed to withdraw funds for normal and ordinary living expenses not to exceed two thousand dollars ($2,000) per month for a period of two months. Lowry shall withdraw such funds from the bank account for Lowry Investor Services, Inc., d/b/a No-Load Advisors ("No-Load Advisors") at Midway National Bank

FILED FEB 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

in St. Paul, Minnesota, Account Number 1094635. In order to facilitate this Order, Lowry will establish a checking account in his own name at Midway National Bank and deposit any funds withdrawn pursuant to this Order into such account. At the end of each month, Lowry will provide the SEC with a copy of his monthly bank statement reflecting all withdrawals made pursuant to this Order.

**II.**

**IT IS FURTHER ORDERED** that this Order will remain in effect for two months after the date of execution. After two months, Lowry may petition the Court for additional funds and the Commission may oppose such motion.

**III.**

**IT IS FURTHER ORDERED** that after the expiration of this Order, Defendants Lowry and 401(k) University will have the right to move for dissolution of the Order of Preliminary Injunction entered contemporaneously with this Order and the SEC will have the right to oppose such motion.

IT IS SO ORDERED.

HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MINNESOTA

Dated: February 23 2000

-The Parties Consent to this Order is on the next page-

CHRISTOPHER A. LOWRY,
individually, and as authorized agent for
FOUNTAINHEAD RETIREMENT
PLAN SERVICES, INC. d/b/a
401(k) UNIVERSITY

Dated: 2-23-00

Sworn to before me this 23rd day of February, 2000

NOTARY PUBLIC

My Commission expires: 5/3/2000

"...FICIAL SEAL"
... STUEBER
... State of Illinois
... May 03, 2000

Linda T. Ieleja
One of the Attorneys for Plaintiff
Securities and Exchange Commission
500 W. Madison Street, Suite 1400
Chicago, IL 60661
(312) 353-7390

Dated: 2/23/00