IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. LOWRY and FOUNTAINHEAD RETIREMENT PLAN SERVICES, INC. d/b/a 401(k) UNIVERSITY,<br><br>Defendants. | CIVIL ACTION<br>NO. 00-348 (MJD/JGL) |

**AGREED ORDER TO CONTINUE TEMPORARY RESTRAINING ORDER**

This cause coming before the Court for the entry of an agreed order, IT IS HEREBY ORDERED THAT:

All parties having agreed, the Temporary Restraining Order entered by the Court on February 15, 2000 is continued until further order of the Court.

ENTER:

Michael J. Davis

HONORABLE MICHAEL J. DAVIS

2-23-2000

-The Parties Consent to this Order is on the next page-

FEB 23 2000
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

Agreed to as to form:

Linda T. Ieleja
John J. Sikora
500 W. Madison St., Suite 1400
Chicago, IL 60661
(312) 353-7390
Counsel for Plaintiff U.S. SEC

Jonathan J. Hegre
Mackall Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
Counsel for Defendant 401(k) University

David W. Larson
Moss & Barnett
4800 Norwest Center
Minneapolis, MN 55402
(612) 347-0300
Counsel for Defendant Christopher A. Lowry