UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SEC,

Plaintiff,

v.

Lowery et. al.,

Defendants.

Civil File No. 00-348 (MJD/JGL)

NOTICE OF HEARING

---

Oral argument for Defendant's Motion for an Order Authorizing a Limited Release of Funds and to Modify the Preliminary Injunction is scheduled for Friday, September 8, 2000 at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: August 8, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli

Angela Chianelli, Deputy Clerk
(612) 664-5073

AUG 10 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________