IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CHRISTOPHER A. LOWRY and FOUNTAINHEAD RETIREMENT PLAN SERVICES, INC. d/b/a 401(k) UNIVERSITY,

Defendants.

CIVIL ACTION
FILE NO. 00-348 (MJD/JGL)

**STIPULATION**

Defendants Christopher A. Lowry and Fountainhead Retirement Plan Services, Inc. d/b/a 401(k) University and plaintiff United States Securities and Exchange Commission, through their undersigned counsel, consent to the entry of the attached Agreed Order Authorizing Release of Limited Assets to Christopher A. Lowry.

Dated: 28 Aug 2000

MOSS & BARNETT
A Professional Association

David W. Larson (#60495)
4800 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
Counsel for Defendant Christopher A. Lowry

FILED AUG 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 8/25/00

UNITED STATES SECURITES
AND EXCHANGE COMMISSION

Linda T. Ieleja

Linda T. Ieleja
John J. Sikora, Jr.
500 W. Madison Street, Suite 1400
Chicago, IL 60661
Telephone: (312) 353-7390
Counsel for Plaintiff United States
Securities and Exchange Commission

Dated: 8-25-00

MACKALL, CROUNSE & MOORE

Scott S. Payzant
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 305-1400
Counsel for Defendant Fountainhead
Retirement Plan Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | : | CIVIL ACTION FILE NO. 00-348 (MJD/JGL) |
| v. | : | |
| CHRISTOPHER A. LOWRY and FOUNTAINHEAD RETIREMENT PLAN SERVICES, INC. d/b/a 401(k) UNIVERSITY, Defendants. | : | |

**AGREED ORDER AUTHORIZING RELEASE OF**
**LIMITED ASSETS TO CHRISTOPHER A. LOWRY**

The Court having entered an Order of Preliminary Injunction Against Defendant Christopher A. Lowry ("Lowry") on February 23, 2000 to which Lowry consented and which froze Lowry's assets, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that:

1. Defendant Lowry shall be allowed to withdraw funds for normal and ordinary living expenses not to exceed two thousand dollars ($2,000) per month for a period of two months. Lowry shall withdraw such funds from the bank account for Lowry Investors Services, Inc. d/b/a No-Load Advisors ("No-Load Advisors") at Midway National Bank in St. Paul, Minnesota, Account Number 1094635. In order to facilitate this Order, Lowry will establish a checking account in his own name at Midway National Bank and deposit any funds withdrawn pursuant to the Order into such account. At the end of each month, Lowry will

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

provide the SEC with a copy of his monthly bank statement reflecting all withdrawals made pursuant to this Order.

2. This Order will remain in effect for two months after the date of execution. After two months, Lowry may petition the Court for additional funds and the Commission may oppose such motion.

3. Except as modified herein, the Order of Preliminary Injunction and Other Relief dated February 23, 2000 remains in full force and effect.

Michael J. Davis

HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE

Dated: Aug. 29, 2000