IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities and Exchange Commission,

Plaintiff,

v.

Christopher A. Lowry and Fountainhead Retirement Plan Services, Inc. d/b/a 401(k) University,

Defendant.

COURT FILE NO. 00-348(MJD/JGL)

**AGREED ORDER AUTHORIZING RELEASE OF LIMITED ASSETS TO CHRISTOPHER A. LOWRY**

The Court having entered an Order of Preliminary Injunction Against Defendant Christopher A. Lowery ("Lowry") on February 23, 2000 to which Lowry consented and which froze Lowry's assets, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that:

1. Defendant Lowry shall be allowed to withdraw funds for normal and ordinary living expenses not to exceed Two Thousand and no/100 Dollars ($2,000.00) per month for a period of Two months. Lowry shall withdraw such funds from the bank account for Lowry Investors Services, Inc. d/b/a No-Load Adivsors ("No-Load Advisors") at Midway National Bank in St. Paul, Minnesota, Account Number 1094635. In order to facilitate this Order, Lowry will establish a checking account in his own name at Midway National Bank and deposit any funds withdrawn pursuant to the Order into such account. At the end of each month, Lowry will provide the SEC with a copy of his monthly bank statement reflecting all withdrawals made pursuant to this Order.

FILED 10/5/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

367236/1

2. This Order will remain in effect for two months after the date of execution. After two months, Lowry may petition the court for additional funds and the commission may oppose such motion.

3. Except as modified herein, the Order of Preliminary Injunction and Other Relief dated February 23, 2000 remains in full force and effect.

Michael J. Davis

Honorable Michael J. Davis
United States District Court Judge

Dated: 10-5-00